**F I L E D**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

12/11/15

**DORIAN E. RAMIREZ, CLERK**
**BY** DTELLO

ACCEPTED
13-15-00556-cv
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
12/11/2015 4:18:22 PM
Dorian E. Ramirez
CLERK

## CAUSE NO. 13-15-00556-CV

## IN THE THIRTEENTH COURT OF TEXAS

RECEIVED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
12/11/2015 4:18:22 PM
DORIAN E. RAMIREZ
Clerk

## APPEAL OF THE INTERLOCUTORY ORDER IN CAUSE NO. F-2308-14-1

## FROM THE COUNTY COURT AT LAW NUMBER ONE (1)

## HIDALGO COUNTY, TEXAS

## PRESIDING HONORABLE RODOLFO GONZALEZ

---

**JUAN MANUEL ORTIZ**
**Appellant**

**VS.**

**SARAY ORTIZ**
**Appellee**

---

## APPELLANT'S RESPONSE TO DEFECT NOTICE

---

**Respectfully Submitted,**
**Sergio Muñoz, Jr.**
**1110 S. Closner Blvd.**
**Edinburg, Texas 78539**
**Tel: 956-381-5555**
**Fax: 956-381-5563**
**Email: munozlawefile@gmail.com**
**State Bar No. 24058009**
**Appellant's Attorney**

## APPELLANT'S RESPONSE TO DEFECT NOTICE

**NOW COMES, JUAN MANUEL ORTIZ,** Appellant and files this, his response to the defect notice dated November 25, 2015.

### I. REPLY

On November 25, 2015, Appellant received a defect notice from this court pursuant to T.R.A.P. 37.1 stating that it appears the order which he is attempting to appeal is not appealable. Appellant filed his amended notice of interlocutory appeal on November 30, 2015. Appellant believes this is an appealable order pursuant to Civil Practice and Remedies Code 51.014 which states in relevant parts:

(a) A person may appeal from an interlocutory order of a district court, county court at law, statutory probate court, or county court that:

(1) appoints a receiver or trustee;

Accordingly, Appellant wishes to appeal the interim order signed on November 23, 2015, appointing a receiver over any and all assets and businesses owned by the parties, specifically, Zitro Electric L.L.C, Zitro Investments L.L.C., JCon Construction L.L.C., and Jcon Investments L.L.C.

### II. STANDARD FOR APPOINTMENT OF RECEIVER

To prevail on a Motion for Appointment of Receiver, a party must demonstrate to the Court that their assets are in danger of being lost, removed, or materially injured.

Petitioner sought the appointment of a receiver under the following provisions of Section 6.502 of the Texas Family Code, which provides, in relevant part, as follows:

(a) While a suit for dissolution of a marriage is pending and on the motion of a party or on the court's own motion after notice and hearing, the court may render an appropriate order, including the granting of a temporary injunction for the preservation of the property and protection of the parties as deemed necessary and equitable and including an order directed to one or both parties:

(5) appointing a receiver for the preservation and protection of the property of the parties.

Appellant believes no evidence was presented to the trial court even tending to indicate that a clear necessity existed for the appointment of a receiver, or that no other adequate remedy was available, or that Appellee's assets were in actual danger of being lost, removed or materially injured. Appellee having presented no such evidence, Appellant believes the Motion for Appointment of Receiver should have been denied and wishes to proceed with an interlocutory appeal for this Court's review.

## III. CONCLUSION

Pursuant to Civil Practice and Remedies Code 51.014, Appellant believes the appointment of a receiver in an interim order is appealable through an interlocutory appeal. Appellant respectfully requests this Court allow him to proceed with an interlocutory appeal and that this appeal not be dismissed for want of prosecution pursuant to T.R.A.P. 42.3.

## Certificate of Service

I certify that on December 11, 2015 a true and correct copy of Appelant's response to Defect Notice was served to each person listed below by the method indicated.

Rick Salinas
Salinas and Flores Law Office
2011 N. Conway Ave. McAllen, Texas 78572
P: 956.584.3900
Email: rsalinaslaw@yahoo.com
Attorney for Petitioner

Marla A. Cuellar
Law Offices of Marla Cuellar
612 W. Nolana Ave, McAllen, Texas 78504
P: 956.687.4529
Email: mcuellarlaw@live.com
Attorney for Petitioner

Rick Zuniga
Atlas Hall & Rodriguez, L.L.P.
818 Pecan Ave. McAllen, Texas 78501
P: 956.682.5501
Email: rzuniga@atlashall.com
Attorney for Intervenor Plains Capital Bank

Michael De Luna
Law Office of Marco A. De Luna
5804 N. 23rd Street
McAllen, Texas 78504
P: 956.992.8870
Email: marcodelunalaw@gmail.com
Co-Counsel for Respondent

/s/ Sergio Muñoz, Jr.
SERGIO MUÑOZ, JR.
Attorney for Appelant